E. Scott Palmer, Esq., SBN 155376
Email: spalmer@pldlawyers.com
Arti L. Bhimani, SBN 235240
Email: abhimani@pldlawyers.com
Brendan F. Hug, SBN 248086
Email: bhug@pldlawyers.com
PALMER, LOMBARDI & DONOHUE LLP
888 West 6th Street, 12th Floor
Los Angeles, California 90017
Phone: (213) 688-0430
Fax: (213) 688-0440

Attorneys for Defendant GMAC Mortgage, LLC

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 30 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

Priority       X
Send           ___
Enter          ___
Closed         ___
JS-5/JS-6      X
JS-2/JS-3      ___
Scan Only      ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXIMINO FLORES,<br><br>  Plaintiff,<br><br>  vs.<br><br>GMAC MORTGAGE, LLC; BEAR STEARNS RESIDENTIAL MORTGAGE doing business as ENCORE CREDIT CORPORATION, and DOES 1 through 20, inclusive,<br><br>  Defendants. | Case No. 8:10-cv-00424-CJC-VBK<br><br>[Formerly Orange County Superior Court Case No. 30-2010 00351838]<br><br>Honorable Cormac J. Carney<br><br>[PROPOSED] ORDER REGARDING DISMISSAL WITHOUT PREJUDICE OF ENTIRE ACTION<br><br>[FRCP 41(a)] |

Plaintiff Maximino Flores and Defendant GMAC Mortgage, LLC stipulated, pursuant to FEDERAL RULE OF CIVIL PROCEDURE RULE 41(a), that all claims and demands asserted by Plaintiff in this action shall be dismissed without prejudice,

each party to bear his or its own costs and attorneys fees. It appears to the Court that the terms of the stipulation appear proper, and upon good cause showing,

IT IS HEREBY ORDERED that all claims and demands asserted by Plaintiff Maximino Flores in this action shall be and hereby are dismissed without prejudice, each party to bear her or its own costs and attorneys' fees. All pending hearings are hereby vacated without prejudice.

DATED: April 30, 2010

_____
Honorable Cormac J. Carney
U.S. District Court Judge